Exhibit 1

Author name "Watercolor by Zifen Qian" on back of the card and Zifen Qian's signature on the painting.



Exhibit 2

Author name "Watercolor by Zifen Qian" on back of the card.



Exhibit 3

Author name "Watercolor by Zifen Qian" on back of the card and Zifen Qian's signature on the painting.



Exhibit 4

Author name Zifen Qian's signature on the painting of the portfolio publication.



signature

Exhibit 5

Copyright of illustration watercolors by Zifen Qian in the book of "Entertaining With Betsy Bloomingdale".

The recipe for Lobster Mousseline on page 90 is from *The White House Family Cookbook* by Henry Haller & Virginia Aronson. Copyright © 1987 by Henry Haller & Virginia Aronson. Reprinted by permission of Random House, Inc.

**Beautiful America Publishing Company**
P.O. Box 646
Wilsonville, Oregon 97070

Copyright 1994 by Beautiful America Publishing Co.©
Illustrations copyright 1994 by Zifen Qian
All Rights Reserved.
No portion of this book is to be reproduced without written
permission from the publisher.

Design: Jacelen Pete
Editing: Andrea Tronslin
Editorial Research: Sharon Maasdam: Home Economist for *The Oregonian*
Linotronic Output: LeFont Laser Imaging and Design

Printed in Korea
**SAMHWA PRINTING COMPANY, LTD.**

Library of Congress Cataloging-in-Publication Data
Bloomingdale, Betsy.
  Entertaining with Betsy Bloomingdale : a collection of culinary tips and treasures from the world's best hosts and hostesses / with Catherine Whitney.
   p. cm   Includes Index.
   ISBN 0-89802-633-4   $29.95
   1. Entertaining.  2. Menus.  3. Cookery.  I. Whitney, Catherine (Catherine A.)  II. Title.
TX731.B574 1994
642 .4--dc20                                                    93-38988
                                                                    CIP

Exhibit 6   One of Zifen Qian's watercolors in the book "Entertaining With Betsy Bloomingdale".



Exhibit 7

Gary Spector processed the same ways to publish any artist (no matter from where)'s painting to fit unique publication formats. Here is the painting done by a freelance painter published on CWFA Portfolio.



Exhibit 8

Gary Spector processed the same ways to publish any artist (no matter from where)'s painting to fit unique publication formats. Here is the painting done by a freelance painter published on CWFA greeting cards.



**KO918** Blank or Greeted: Happy Birthday

**KO902** Blank or Greeted: Happy Birthday (Also avail: Mother's Day greeting)

**KO936** Blank or Greeted: May your day be filled with good friends and good cheer Happy Birthday

*****KL554** Blank or Greeted: Happy Birthday

*****KL557** Blank or Greeted: Happy Birthday with love (Also avail: Mother's Day greeting)

**KO933** Blank or Greeted: May your day be filled with sunshine Happy Birthday (Also avail: Easter greeting)