FILED 26 SEP '14 11:40 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CAROL WILSON FINE ARTS, INC.,

An Oregon corporation,

Plaintiff,

v.

ZIFEN QIAN,

an individual,

Defendant.

Civil No.: 3:14-CV-00587-AA

### DECLARATION OF ZIFEN QIAN IN SUPPORT OF MOTION OF DEFENDANT ZIFEN QIAN'S SUMMARY JUDGMENT and CLARIFICATION FOR DEFENDANT'S CLAIM OF MOTION OF DEFENDANT ZIFEN QIAN'S SUMMARY JUDGMENT

Zifen Qian declares as follows:

a. I am Zifen Qian, Defendant of this case. I provide this declaration in support of Motion Of Defendant Zifen Qian's Summary Judgment and Clarification for Defendant's Claim of Motion of Defendant Zifen Qian's Summary Judgment. I have personal knowledge of the matters herein, and if called, could testify competently thereto.
b. Please read both Motion of Defendant Zifen Qian's Summary Judgment and Clarification for Defendant's Claim of Motion of Defendant Zifen Qian's Summary Judgment.

I declare under penalty of perjury that the foregoing statements are true. This declaration shall be executed on 26th of September, 2014.

By: *[signature]*
Zifen Qian
2811 Beacon Hill Drive
West Linn, OR 97068
Zifen@live.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26th, 2014, a copy of DECLARATION OF ZIFEN QIAN IN SUPPORT OF MOTION OF DEFENDANT ZIFEN QIAN'S SUMMARY JUDGMENT and CLARIFICATION FOR DEFENDANT'S CLAIM OF MOTION OF DEFENDANT ZIFEN QIAN'S SUMMARY JUDGMENT was served by US Mail and email to:

Stephen J. Joncus, OSB #013072
KLARQUIST SPARKMAN, LLP
121 S. W. Salmon Street, Suite 1600
Portland, OR 97204
Stephen.joncus@klarquist.com.
Attorney for Plaintiff


By: *[signature]*

Zifen Qian
2811 Beacon Hill Drive
West Linn, OR 97068
Zifen@live.com