# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

CAROL WILSON FINE ARTS, INC.,
an Oregon corporation,

       **Plaintiff,**

    **v.**            Civil No.3:14-cv-00587-AA

ZIFEN QIAN, an individual,

       **Defendant.**

_____

# JUDGMENT

This action is dismissed.

Dated: January 5, 2015

       MARY L. MORAN, Clerk

      by /s/ R. Henshaw
        R. Henshaw, Deputy Clerk

**JUDGMENT**